# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 12, 2019

158652

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement

v

SC: 158652
COA: 338030
Oakland CC: 2016-260154-FC

Megan K. Cavanagh,
Justices

KRISTOPHER ALLEN HUGHES,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the September 25, 2018 judgment of the Court of Appeals is considered. We DIRECT the Oakland County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 12, 2019



Clerk

p0605